**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**HOMELAND TRAINING CENTER,**
a Tennessee Limited Liability Company,

    Plaintiff,

v.                                      **CIVIL NO. 3:07-CV-160**
                                           **(Judge Bailey)**

**SUMMIT POINT AUTOMOTIVE**
**RESEARCH CENTER,** a West Virginia
Limited Liability Company, individually
and in its capacity as Trustee of the
William Scott Inter Vivos Trust, and
the **WILLIAM SCOTT INTER VIVOS TRUST,**

    Defendants.

## ORDER SETTING HEARING

Before this Court is a Motion for Preliminary Injunction [Doc. No. 8] filed by the plaintiff, Homeland Training Center, LLC. The Court wishes to hold a hearing on this motion. Accordingly, the parties are hereby **ORDERED** to appear for a hearing on **December 18, 2007, at 3:30 p.m., in WHEELING,** West Virginia. If counsel wishes to attend by telephone, please inform the Court.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: December 14, 2007.

                                                   JOHN PRESTON BAILEY
                                                   UNITED STATED DISTRICT JUDGE