```
                                        FILED:  November 18, 2008
```

```
                    UNITED STATES COURT OF APPEALS
                        FOR THE FOURTH CIRCUIT
```

```
                         _____

                           No. 08-2272 (L)
                         (3:07-cv-00160-JPB)

                         _____
```

HOMELAND TRAINING CENTER, LLC, A Tennessee Limited Liability Company,

        Plaintiff - Appellant

v.

SUMMIT POINT AUTOMOTIVE RESEARCH CENTER, a West Virginia Limited Liability Company, individually and in its capacity as Trustee of the William Scott Inter Vivos Trust,

        Defendant - Appellee

 and

WILLIAM SCOTT INTER VIVOS TRUST,

        Defendant

```
                         _____

                            No. 08-2273
                         (3:07-cv-00160-JPB)

                         _____
```

HOMELAND TRAINING CENTER, LLC, A Tennessee Limited Liability Company,

        Plaintiff - Appellee

v.

SUMMIT POINT AUTOMOTIVE RESEARCH CENTER, a West Virginia Limited
Liability Company, individually and in its capacity as Trustee
of the William Scott Inter Vivos Trust,

      Defendant - Appellant

 and

WILLIAM SCOTT INTER VIVOS TRUST,

      Defendant

_____

O R D E R

_____

 The Court consolidates Case No. 08-2272 and Case No. 08-2273. The lead case number, 08-2272, shall be included on all papers subsequently filed in this Court. The appellant in Case No. 08-2272 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk