FILED: January 15, 2010

```
              UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT
                 _____

                    No. 08-2272 (L)
                   (3:07-cv-00160-JPB)
                 _____
```

HOMELAND TRAINING CENTER, LLC, A Tennessee Limited Liability Company,

       Plaintiff - Appellant

v.

SUMMIT POINT AUTOMOTIVE RESEARCH CENTER, a West Virginia Limited Liability Company, individually and in its capacity as Trustee of the William Scott Inter Vivos Trust,

       Defendant - Appellee

 and

WILLIAM SCOTT INTER VIVOS TRUST,

       Defendant

```
                 _____

                       O R D E R
                 _____
```

Upon review of the submissions relative to the motions for leave to supplement the record, the Court grants the motions.

       For the Court

       /s/ Patricia S. Connor, Clerk