# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## MARTINSBURG DIVISION

**HOMELAND TRAINING CENTER, LLC,**

        Plaintiff,

v.                                                          Civil Action No. 3:07-cv-160
                                                            Judge Bailey

**SUMMIT POINT AUTOMOTIVE RESEARCH CENTER, LLC** *et al.*

        Defendants.

## JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES

COME NOW Defendants/Third-Party Plaintiffs Summit Point Automotive Research Center, LLC and the William Scott Inter Vivos Trust ("SPARC") and Plaintiff Homeland Training Center, LLC ("HTC"), jointly and by counsel, and ask that the Court enter the attached order which extends both parties' expert disclosure deadlines and the discovery deadline in this case.

Expert depositions in this case will have to be taken in Nashville, Tennessee, Oklahoma City, Oklahoma and Charleston, West Virginia. In light of the distances involved and the experts', parties' and attorneys' schedules, the parties have been working together to create a workable deposition protocol. Although the parties have reached an agreement, they will not be able to complete all necessary expert depositions within a reasonable time prior to the disclosure deadlines.

1

Therefore, the parties have agreed as follows: HTC will have until July 1, 2010 to disclose its experts. SPARC will have until September 1, 2010 to disclose its experts. The discovery completion date will be October 1, 2010.

The parties agree that the proposed extensions do not affect the trial date.

Therefore, the parties respectfully ask that the Court enter the attached agreed order.

**s/ Wm. Richard McCune, Jr.**
Wm. Richard McCune, Jr., Esq. (#2429)
Alex A. Tsiatsos, Esq. (#10543)
*Wm. Richard McCune, Jr., P.L.L.C.*
115 West King Street
Martinsburg, WV 25401
(304) 262-2500

**s/ J.H. Mahaney with permission**
J.H. Mahaney, Esq. (#6993)
*Huddleston Bolen, LLP*
P.O. Box 2185
611 Third Ave.
Huntington, WV 25701

2

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## MARTINSBURG DIVISION

HOMELAND TRAINING CENTER, LLC,

    Plaintiff,

v.

SUMMIT POINT AUTOMOTIVE
RESEARCH CENTER, LLC individually
and in its capacity as trustee of the
WILLIAM SCOTT INTER VIVOS TRUST

    Defendants/Third-Party Plaintiffs,

v.

HOMELAND SECURITY CORPORATION,

    Third-Party Defendant.

Civil Action No. 3:07-cv-160
Judge Bailey

## ORDER

Pursuant to an agreement between the parties, and for good cause shown, the Court hereby ORDERS that the Plaintiff Homeland Training Center, LLC will have until July 1, 2010 to disclose its experts. Defendants/Third-Party Plaintiffs Summit Point Automotive Research Center, LLC and the William Scott Inter Vivos Trust will have until September 1, 2010 to disclose its experts. The discovery completion date will be October 1, 2010. The parties agree that the proposed extensions do not affect the trial date.

The Clerk is directed to transmit copies of this order to all counsel of record.

It is so ORDERED.

Dated: _____

                                                                        _____
                                                                         The Honorable John P. Bailey
                                                                         United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARTINSBURG DIVISION

HOMELAND TRAINING CENTER, LLC,

        Plaintiff,

v.

SUMMIT POINT AUTOMOTIVE RESEARCH CENTER, LLC et al.

        Defendants.

Civil Action No. 3:07-cv-160
Judge Bailey

### CERTIFICATE OF SERVICE

I, the undersigned attorney, counsel for Defendants Summit Point Automotive Research Center, individually and in its capacity as trustee of the William Scot Inter Vivos Trust in the foregoing action, hereby certify that on this 3rd day of Jun 2010, I served a true and accurate copy of the foregoing **Joint Motion to Extend Expert Disclosure and Discovery Deadlines** and proposed *Order* by filing the same with the Clerk using the CM/ECF system which will send notification to the following:

        J.H. Mahaney, Esq.
        Huddleston Bolen, LLP
        P.O. Box 2185
        611 Third Ave.
        Huntington, WV 25701

__s/ Wm. Richard McCune, Jr.__
Wm. Richard McCune, Jr. (WV Bar #2429)
Alex A. Tsiatsos (WV Bar #10543)

3