IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

HOMELAND TRAINING CENTER, LLC,
A Tennessee Limited Liability Company,

        Plaintiff,

v.                          CIVIL ACTION NO:    3:07-cv-160

SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, a West Virginia Limited Liability
Company, individually and in its capacity as
Trustee of the William Scott Inter Vivos Trust,
and the WILLIAM SCOTT INTER VIVOS
TRUST,

        Defendants/Third-party Plaintiffs,

v.

HOMELAND SECURITY CORPORATION,

        Third-party Defendant.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing *"Plaintiff, Homeland Training Center, LLC's Supplemental Rule 26(a)(2) Expert Disclosures"*, by electronic filing using the CM/ECF System, and by mailing a complete copy to all counsel of record, postage prepaid, in the regular course of the United States Mail, on the 1st day of July 2010 to:

    Peter L. Chakmakian        Wm. Richard McCune, Jr.
    108 North George St.          115 West King St.
    Charles Town, WV 25414      Martinsburg, WV 25401

                                                    /s/ J.H. Mahaney