IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA
MARTINSBURG DIVISION

HOMELAND TRAINING CENTER, LLC,

        **Plaintiff,**

v.                                    Civil Action No. 3:07-cv-160
                                          Judge Bailey

SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, LLC individually and in its capacity as trustee
of the WILLIAM SCOTT INTER VIVOS TRUST

        **Defendants/Third-Party Plaintiff,**

v.

HOMELAND SECURITY CORPORATION,

        **Third-Party Defendant.**

## CERTIFICATE OF SERVICE

     I, the undersigned attorney, co-counsel for Defendant/Third-Party Plaintiff Summit Point Automotive Research Center, individually and in its capacity as trustee of the William Scott Inter Vivos Trust in the foregoing action, hereby certify that on this 1st day of September 2010, I sent by e-mail and U.S. Mail, postage pre-paid, the foregoing **DEFENDANT/THIRD-PARTY PLAINTIFF'S EXPERT WITNESS DISCLOSURES** to the following:

J.H. Mahaney, Esq.
J. Jarrod Jordan, Esq.
Huddleston Bolen, LLP
P.O. Box 2185
611 Third Ave.
Huntington, WV 25701
jmahaney@huddlestonbolen.com
jjordan@huddlestonbolen.com

                                       **s/ Wm. Richard McCune, Jr.**
                                       Wm. Richard McCune, Jr.
                                       Alex A. Tsiatsos
                                       Peter L. Chakmakian