IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA, MARTINSBURG DIVISION

HOMELAND TRAINING CENTER, LLC,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action 3:07cv160
　　　　　　　　　　　　　　　　　　　　　　　　Judge Bailey

SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, LLC et al

        Defendants/Third-Party Plaintiff,

v.

HOMELAND SECURITY CORPORATION,

        Third-Party Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

Pending before the Court is Defendant/Third-Party Plaintiff Summit Point Automotive research Center, LLC's ("SPARC") Motion for Leave to File Under Seal. SPARC represents that it seeks to file a Daubert/Fed. R. Evid. 701 challenge against the intended opinion testimony of Plaintiff Homeland Training Center, LLC's ["HTC"] principal Mr. Doctor R. Crants.

The Court notes that it previously entered a Stipulated Protective Order in this matter [doc. no. 45] which permits filing under seal. The Court notes that parties have the right to file the type of motion SPARC seeks leave to file. Therefore, and for good cause shown, the Court GRANTS SPARC leave to file its intended motion under seal. Further, the Court grants leave to file under seal any subsequent motion which includes as attachments or otherwise incorporates any material subject to the Court's stipulated protective order. The parties shall refer to the applicable local rules and, as necessary, work with the Clerk's office to file motions under seal. It is so ORDERED.

Entered: 9-22-2010

Hon. John P. Bailey, District Judge