**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**HOMELAND TRAINING CENTER, LLC,**

      Plaintiff,

**v.**                                        **Civil Action No. 3:07-CV-160
(BAILEY)**

**SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, LLC, individually and in its capacity
as trustee of the WILLIAM SCOTT INTER
VIVOS TRUST,**

      Defendants/Third Party Plaintiffs.

**v.**

**HOMELAND SECURITY CORPORATION,**

      Third-Party Defendant.

**ORDER**

On this day, the above-styled matter came before this Court for consideration of the parties' Joint Motion to Amend Scheduling Order [Doc. 283], filed September 27, 2010.  In their motion, the parties request a continuance of the discovery dates and the November 16, 2010, trial date.  Upon review of the motion and the record, the Court finds that a status conference is necessary to consider any further amendment of the deadlines in this matter.  Accordingly, the Court hereby **ORDERS** the parties to appear, in person, on **October 26, 2010, at 9:30 a.m.**, in Martinsburg, West Virginia, for a status conference.

      It is so **ORDERED**.

      The Clerk is directed to transmit copies of this Order to counsel of record herein.

1

**DATED:** September 28, 2010.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE