IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

HOMELAND TRAINING CENTER, LLC,
A Tennessee Limited Liability Company,

        Plaintiff,

                              CIVIL ACTION NO: 3:07-cv-160

SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, a West Virginia Limited Liability
Company, individually and in its capacity as
Trustee of the William Scott Inter Vivos Trust,
and the WILLIAM SCOTT INTER VIVOS
TRUST,

        Defendants/Third-Party Plaintiffs,

v.

HOMELAND SECURITY CORPORATION,

        Third-Party Defendant.

### JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF HOMELAND TRAINING CENTER, LLC TO RESPOND TO DEFENDANT'S MOTIONS TO EXCLUDE

Plaintiff Homeland Training Center, LLC, (hereinafter "Plaintiff" or "HTC") and Defendant, Summit Point Automotive Research Center, (hereinafter "Defendant or "SPARC"), (collectively "the Parties") by and through their respective counsel, hereby agree and stipulate to an extension of the date on which Plaintiff is required to respond to the Defendant's following Motions: (1) Motion to Exclude Testimony of Anna Kovalkova and (2) Motion to Exclude Opinion Testimony of Doctor Crants.

Specifically, it is agreed and stipulated that Plaintiff shall respond to Defendant's aforesaid Motions on or before **October 12, 2010.**

AGREED AND STIPULATED by the Parties this 29th day of September, 2010.

Agreed and approved by:

Respectfully submitted,

Plaintiff, by counsel:

/s/ J. H. Mahaney, Esquire.
J.H. Mahaney, Esq. (#6993)

J. Jarrod Jordan, Esq. (#10622)

Huddleston Bolen, LLP

P.O. Box 2185

611 Third Ave.

Huntington, WV 25701

(304) 529-6181

Defendant, by counsel:
/s/ Wm. Richard McCune, Jr., Esquire (with permission).

| | |
|---|---|
| Wm. Richard McCune, Jr. (WV Bar #2429) | Peter L. Chakmakian (WV Bar #687) |
| Alex A. Tsiatsos (WV Bar #10543) | Peter L. Chakmakian, L.C. |
| Wm. Richard McCune, Jr. PLLC | 108 North George Street |
| 115 West King Street | P.O. Box 547 |
| Martinsburg, WV 25401 | Charles Town, WV 25414 |
| 304-262-2500 | 304-725-9797 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

HOMELAND TRAINING CENTER, LLC,
A Tennessee Limited Liability Company,

       Plaintiff,

v.                                 CIVIL ACTION NO:    3:07-cv-160

SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, a West Virginia Limited Liability
Company, individually and in its capacity as
Trustee of the William Scott Inter Vivos Trust,
and the WILLIAM SCOTT INTER VIVOS
TRUST,

       Defendants/Third-party Plaintiffs,

v.

HOMELAND SECURITY CORPORATION,

       Third-party Defendant.

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing *"Joint Stipulation for Plaintiff, Homeland Training Center, LLC to Respond to Defendant's Motions to Exclude "*, by electronic filing using the CM/ECF System, and by mailing a complete copy to all counsel of record, postage prepaid, in the regular course of the United States Mail, on the 29th day of September 2010 to:

    Peter L. Chakmakian          Wm. Richard McCune, Jr.
    108 North George St.            115 West King St.
    Charles Town, WV 25414       Martinsburg, WV 25401

                                                    _____/s/ J.H. Mahaney_____