# PATRICK G. HENRY III
*Attorney At Law*
*p.l.l.c.*

222 WEST JOHN STREET, MARTINSBURG, WV 25401
PHONE 304-260-9592   FAX 304-260-9597

FILED
OCT 05 2010
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

October 1, 2010

J.H. Mahaney
P.O. Box 2185
Huntington, WV 25701

Wm. Richard McCune
115 West King Street
Martinsburg, WV 25401

    Re:  Homeland Training Center v. Summit Point Automotive
          USDC Case No. 3:07-CV-160
          Mediation Session

Dear Counsel:

This will confirm that the above matter has been scheduled for mediation at the office of Patrick G. Henry III, 222 West John Street, Martinsburg, West Virginia on **Wednesday, October 20, 2010 at 9:00 a.m.**

In advance of the session, I would request that counsel confer and provide me with a copy of the complaint, responsive pleadings, any pre-trial memoranda or other documents you feel may be of benefit in mediation.

                              Sincerely,

                              Patrick G. Henry III
                              Attorney at Law

PGHIII/kl
Original to the Court Clerk for inclusion in the Court's file