
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG DIVISION

HOMELAND TRAINING CENTER, LLC,

    Plaintiff,

v.

    Civil Action No. 3:07-CV-160
    Judge Bailey

**SUMMIT POINT AUTOMOTIVE RESEARCH CENTER, LLC** individually and in its capacity as trustee of the **WILLIAM SCOTT INTER VIVOS TRUST,**

    Defendants/Third-Party Plaintiff,

v.

HOMELAND SECURITY CORPORATION,

    Third-Party Defendant.

## CERTIFICATE OF SERVICE

    I, Wm. Richard McCune, Jr., of the law firm of Wm. Richard McCune, Jr., P.L.L.C., counsel for Defendants/Third-Party Plaintiff Summit Point Automotive Research Center, individually and in its capacity as trustee of the William Scot Inter Vivos Trust, hereby certify that on this 22nd day of October, 2010, I filed the foregoing ***Defendants/Third-Party Plaintiffs' Supplemental Expert Witness Disclosure*** with the Clerk for the Court using the CM/ECF system, which will send notification of such filing to the following:

    J.H. Mahaney, Esq.
    J. Jarrod Jordan, Esq.
    Huddleston Bolen, LLP
    P.O. Box 2185
    611 Third Ave.
    Huntington, WV 25701

    **/s/ Wm. Richard McCune, Jr.**
    Wm. Richard McCune, Jr.
    Alex A. Tsiatsos