IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA, MARTINSBURG DIVISION

**HOMELAND TRAINING CENTER, LLC,**

        *Plaintiff*,          Civil Action No. 3:07-cv-160

v.          Judge Bailey

**SUMMIT POINT AUTOMOTIVE
RESEARCH CENTER, LLC,**

        *Defendant*,

**HOMELAND SECURITY COMPANY**,

        *Third-Party Defendant*.

## NOTICE OF SUBMISSION TO COURT

Defendants/Third-Party Plaintiffs Summit Point Automotive Research Center, LLC and the William Scott Inter Vivos Trust ("SPARC") give notice that they provided to the Court a copy of the out of pocket claim ($722,000) binder by leaving the same with the Clerk's Office. This is the same binder that the Court referenced today (October 25, 2010) at the status conference in this matter. The documents in this binder were provided to SPARC by Plaintiff Homeland Training Center, LLC ("HTC") in the first place, and therefore HTC has copies of these documents in its possession. If HTC wishes a copy of the documents again, however, SPARC will provide them.

        **SPARC**, by counsel

**s/Wm. Richard McCune, Jr.**
Wm. Richard McCune, Jr. (WV Bar #2429)      Peter L. Chakmakian (WV Bar #687)
Alex A. Tsiatsos (WV Bar #10543)      *Peter L. Chakmakian, L.C.*
*Wm. Richard McCune, Jr. PLLC*      108 North George Street
115 West King Street      P.O. Box 547
Martinsburg, WV 25401      Charles Town, WV 25414
304-262-2500      304-725-9797

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, MARTINSBURG DIVISION

HOMELAND TRAINING CENTER, LLC,

       *Plaintiff,*

v.                                                               Civil Action No. 3:07-cv-160
                                                                           Judge Bailey

SUMMIT POINT AUTOMOTIVE RESEARCH
CENTER, LLC,

       *Defendants, et al.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, counsel for Defendants Summit Point Automotive Research Center, individually and in its capacity as trustee of the William Scot Inter Vivos Trust in the foregoing action, hereby certify that on this 25th day of October 2010, I served a true and accurate copy of the foregoing **Notice of Submission to Court** by filing the same with the Clerk using the CM/ECF system which will send notice to:

J.H. Mahaney, Esq.
Huddleston Bolen, LLP
P.O. Box 2185
611 Third Ave.
Huntington, WV 25701

**s/ Wm. Richard McCune, Jr.**
Wm. Richard McCune, Jr. (WV Bar #2429)
Alex A. Tsiatsos (WV Bar #10543)
Peter L. Chakmakian (WV Bar #687)